IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–245–EWN–PAC

JAMES BENJAMIN WHITE,

    Applicant,

v.

RICHARD SOARES and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

    This matter is before the court on the "Recommendation of United States Magistrate Judge" filed May 6, 2004.  The recommendation is that the case be dismissed, without prejudice, until such time as plaintiff has exhausted all of his state-law remedies with respect to the claims asserted in the petition for habeas corpus.  Petitioner has objected to the recommendation, arguing at length that exhaustion should not be required here because the Colorado remedies are so slow as to be inadequate.  The magistrate judge extensively analyzed these contentions and concluded that the state appellate process was not so slow as to deprive petitioner of due process of law.  The court is persuaded by this analysis.  To this date, petitioner has failed to demonstrate that he has exhausted his state remedies by seeking review of his case by the Colorado Supreme Court.  Accordingly, it is

    **ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The case is hereby DISMISSED *without prejudice* to refiling at such time as petitioner can demonstrate exhaustion of state-court remedies.

3. All other pending motions are DENIED as moot.

DATED this 23rd day of November, 2005.

                    BY THE COURT:

                    s/ Edward W. Nottingham
                    EDWARD W. NOTTINGHAM
                    United States District Judge