IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–245–EWN–PAC

JAMES BENJAMIN WHITE,

    Applicant,

v.

RICHARD SOARES and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**ORDER**

---

Insofar as the motion for rehearing (#67) is addressed to this court, it is DENIED. The clerk will process the notice of appeal.

SO ORDERED.

DATED this 16th day of December, 2005.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge